MARY MACFADDEN, Appellant, *v.* BERNARR MACFADDEN, Respondent.

Argued April 4, 1945; decided May 17, 1945.

*Frederick Evan Crane* and *Maurice V. Seligson* for appellant.
*Edward C. McLean* for respondent.

Judgment affirmed, without costs; no opinion. [See 294 N. Y. 963.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.